UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

KASU BEDFORD IP LLC,

                 Plaintiff,

v.

**ORDER**

26-CV-03139 (PMH)

ROXANNE SPRUANCE,

                 Defendant.

-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On April 16, 2026, Kasu Bedford IP LLC ("Plaintiff") commenced the instant action against Roxanee Spruance ("Defendant"). (Doc. 1).

On April 17, 2026, the Clerk of Court issued summonses as to Defendant with respect to the Complaint. (Doc. 5). On May 13, 2026, Plaintiff filed an affidavit of service as to the Defendant. (Doc. 11). Defendant has not answered or otherwise responded to the Complaint since the filing of the affidavit of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by August 3, 2026. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
        July 1, 2026

_____
Hon. Philip M. Halpern
United States District Judge

1