UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASU BEDFORD IP LLC,

Plaintiff,

v.

ROXANNE SPRUANCE,

Defendant.

**ORDER**

26-CV-03139 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 16, 2026, Kasu Bedford IP LLC ("Plaintiff") commenced the instant action against Roxanne Spruance ("Defendant"). (Doc. 1). On April 17, 2026, the Clerk of Court issued summonses as to Defendant with respect to the Complaint. (Doc. 5). On May 13, 2026, Plaintiff filed an affidavit of service as to the Defendant (Doc. 11), but Defendant did not answer or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Accordingly, on July 1, 2026, the Court issued an Order directing Plaintiff to comply with this Court's Individual Practices Rule 4(B) by August 3, 2026. (Doc. 14). The Order also warned Plaintiff that failure to strictly comply with this Court's Individual Practices and the order could result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b). (*Id.*). There has been no activity on the docket since then.

Accordingly, the Court *sua sponte* extends the time for Plaintiff to comply with the Court's prior order (Doc. 14) to September 3, 2026. The Court reminds Plaintiff that failure to strictly comply with this Court's Individual Practices Rule 4(B), this Order, and the Court's prior order (Doc. 14) may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
August 12, 2026

Hon. Philip M. Halpern
United States District Judge